Appeal No. 75-81. FREDERICK WILFRED MILLET *et al. v.* HOIST-ING ENGINEERS' LICENSING DIVISION OF THE DEPARTMENT OF LABOR, STATE OF RHODE ISLAND *et al.* Motion of defendants for extension to file its brief is granted, and said brief may be filed on or before April 19, 1976. *Lavine and Sutherland, Joseph DiGianfilippo,* for plaintiffs. *Julius C. Michaelson,* Attorney General, *W. Kenneth O'Donnell,* Special Asst. Attorney General, for defendants.

Appeal No. 75-279. SHAW'S GARAGE, INC. *v.* GIUSEPPE SCORPIO. Motion of plaintiff to affirm the judgment below under Rule 16(g) is granted. *Higgins, Cavanagh & Cooney, Gerald C. DeMaria,* for plaintiff. *Stephen G. Linder,* for defendant.

Appeal No. 75-309. JAMES C. TESCHNER *v.* ROGER HORAN. Motion of petitioner to affirm the decree below pursuant to Rule 16(g) is denied. *Edwards & Angell, Terrence W. Mahoney,* for petitioner. *Joseph L. Breen,* for respondent.

Appeal No. 75-328. JOHNSON LAND COMPANY *v.* LEONA B. JOHNSON. Motion of plaintiff to affirm under Rule 16(g) is denied. *Thomas G. Hetherington,* for plaintiff. *Gerald W. Harrington, Joseph V. Cavanagh, Jr.,* for defendant.

April 8, 1976

M. P. No. 75-189. Appeal No. 75-194. LEONARD J. COLAPIETRO *et al. v.* DENNIS J. MURPHY, JR. *Director, Department of Natural Resources et al.* Motion of defendant to remand is granted. Bevilacqua, C. J. did not participate. *James DiPrete, Jr. & Associates, James DiPrete, Jr., Joseph C. Manera, Jr.,* for plaintiffs. *Julius C. Michaelson,* Attorney General, *J. Peter Doherty,* Special Asst. Attorney General, *Jeremiah S. Jeremiah, Jr.,* Asst. City Solicitor, for defendants.

M. P. No. 76-92. PAWTUCKET-BLACKSTONE VALLEY CHAMBER OF COMMERCE, INC. *et al. v.* EDWARD W. BURMAN *et al.* Motion of the Rhode Island Consumers' Council is denied, without prej-